INTEGRACIÓN DE SALAS DE VERANO.

*Número:* ES-97-1          *Resuelto:* 13 de junio de 1997

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, 4 L.P.R.A. Ap. XXI-A, se constituyen las Salas Especiales de Despacho siguientes para funcionar durante el receso:

*Del 1ro de julio al 15 de agosto de 1997*:
Juez Presidente Señor José A. Andréu García (Presidente)
Juez Asociada Señora Miriam Naveira de Rodón
Juez Asociado Señor Jaime B. Fuster Berlingeri

*Del 16 de agosto al 30 de septiembre de 1997*:

Juez Asociado Señor Antonio S. Negrón García (Presidente)

Juez Asociado Señor Federico Hernández Denton

Juez Asociado Señor Baltasar Corrada Del Río

Los presidentes de sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración y, asimismo, para convocar al Pleno del Tribunal cuando sea necesario.

El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este período.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario del Tribunal Supremo.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario del Tribunal Supremo*